BOUDINOT KEITH, as Trustee under a Deed of Trust Executed by TIMOTHY F. PADDELL, Appellant, *v.* CHARLES A. COWEN & CO., et al., Respondents.

*Keith* v. *Cowen & Co.*, 150 App. Div. 902, affirmed.
(Argued January 29, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered April 27, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to have a mortgage declared void for usury.

*Everett V. Abbot* for appellant.

*James W. McElhinney* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Not sitting: MILLER, J.